# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANDREW SIMPSON,**

    **Plaintiff,**

**v.**

**DENNIS R. RUTH and**
**ILLINOIS INDUSTRIAL COMMISSION,**

    **Defendants.**         Case No. 06-CV-288-DRH

## ORDER

**HERNDON, District Judge:**

The Court, being fully advised in the premises, hereby finds that under the logic of **Smith v. Check-n-Go, 200 F.3d 511 (7th Cir. 1999)** and other cases, and given the similarities between this case and another, **Simpson v. Ruth, et al., No. 06-CV-236-MJR-PMF**, already before District Judge Michael J. Reagan, this case should be reassigned to Judge Reagan. Accordingly, the Court **TRANSFERS** this case to District Judge Michael J. Reagan, U.S. District Judge for the Southern District of Illinois, East St. Louis Division, for all further proceedings. All future filings in this case shall bear the number **06-CV-288-MJR**.

    **IT IS SO ORDERED.**

Signed this 11th day of April, 2006.

    /s/    David RHerndon
    **United States District Judge**